UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

American Gear & Engineering, Inc.,

    Plaintiff,

v.                                                                  Case No. 09-12105

Wisconsin Machine Tool Corporation,          Honorable Sean F. Cox

    Defendant.
_____/

## ORDER STRIKING ANSWER AND
## REQUIRING CORPORATE DEFENDANT TO RETAIN COUNSEL

On June 1, 2009, Plaintiff American Gear & Engineering, Inc. filed this action against Defendant Wisconsin Machine Tool Corporation.  The docket reflects that on June 22, 2009, a document identified as an answer was filed on behalf of Wisconsin Machine Tool Corporation by James E. Imrie, as Chief Operating Officer.  (Docket Entry No. 4).

It is well established, however, that a "corporation cannot appear in federal court except through an attorney."  *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984).  The Answer does not identify James E. Imrie as an attorney and the State Bar of Michigan Directory does not list him as an attorney licensed to practice in Michigan.  Thus, James E. Imrie may NOT represent Wisconsin Machine Tool Corporation in this action.  Wisconsin Machine Tool Corporation may only appear and proceed in this case through an attorney.

Accordingly, **IT IS ORDERED** that the Answer filed on June 22, 2009, on behalf of Wisconsin Machine Tool Corporation is **STRICKEN**.

**IT IS FURTHER ORDERED** that Wisconsin Machine Tool Corporation must have an

attorney file an appearance and an Answer in this matter no later than **July 28, 2009.**

**IT IS SO ORDERED.**

                                            S/ Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Date:  July 16, 2009

I hereby certify that on July 16, 2009, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class Mail upon:

Wisconsin Machine Tool Corporation
3225 Gateway Road
Suite 100
Brookfield, Wisconsin 53045

                                            S/ Jennifer Hernandez
                                            Case Manager